Timothy G. O'Neill (*pro hac vice*)
toneill@swlaw.com
Nathan K. Davis (*pro hac vice*)
ndavis@swlaw.com
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000

Brendan M. Ford (#224333)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendant
LOUISVILLE LADDER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WULFF, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CUPRUM ALUMINIO S.A. de C.V., LOUISVILLE LADDER INC., and DOES 2-50, inclusive, <br><br> Defendants. | CASE NO. C 11-03758 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

///

///

///

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*): Mediation at JAMS

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline
  _____

Dated: October 18, 2011         s/ Thomas G. Beatty

                                Attorney for Plaintiff


Dated: October 18, 2011         s/ Brendan M. Ford

                                Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☐ Private ADR
Private Mediation

Deadline for ADR session
☒ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: October 19, 2011

_____
UNITED STATES DISRICT JUDGE