| | |
|---|---|
| 1 | Timothy G. O'Neill (*pro hac vice*) |
| 2 | toneill@swlaw.com |
|   | Nathan K. Davis (*pro hac vice*) |
| 3 | ndavis@swlaw.com |
|   | SNELL & WILMER L.L.P. |
| 4 | 1200 Seventeenth Street, Suite 1900 |
|   | Denver, Colorado 80202 |
| 5 | Telephone: (303) 634-2000 |
| 6 | |
|   | Brendan M. Ford (#224333) |
| 7 | SNELL & WILMER L.L.P. |
|   | 600 Anton Boulevard, Suite 1400 |
| 8 | Costa Mesa, CA 92626-7689 |
|   | Telephone: (714) 427-7000 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | LOUISVILLE LADDER INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WULFF, M.D., | CASE NO. C 11-03758 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| CUPRUM ALUMINIO S.A. de C.V., LOUISVILLE LADDER INC., and DOES 2-50, inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

///

///

///

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)*:
   Mediation at JAMS

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline
   _____

Dated: October 18, 2011        s/ Thomas G. Beatty

                               Attorney for Plaintiff


Dated: October 18, 2011        s/ Brendan M. Ford

                               Attorney for Defendant

STIPULATION AND PROPOSED ORDER
SELECTING ADR PROCESS

- 2 -

1  ~~[PROPOSED]~~ ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
3  ☐ ~~Non-binding Arbitration~~
4  ☐ ~~Early Neutral Evaluation (ENE)~~
   ☐ ~~Mediation~~
5  ☐ ~~Private ADR~~
   Private Mediation
6  Deadline for ADR session
7  ☒ 90 days from the date of this order.
8  ☐ ~~other~~ _____

9

10 IT IS SO ORDERED.

11

12 Dated: October 19, 2011

13 _____
   UNITED STATES DISRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
SELECTING ADR PROCESS
- 3 -