UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WULFF, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CUPRUM ALUMINIO S.A. de C.V., LOUISVILLE LADDER INC., and DOES 2-50, inclusive, <br><br> Defendants. | CASE NO. C 11-03758 JSW <br><br> ORDER GRANTING DEFENDANT LOUISVILLE LADDER INC.'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE <br><br> Date of Removal: July 29, 2011 <br> Trial Date: None |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Appear Telephonically at the Initial Case Management Conference scheduled for December 2, 2011 at 1:30 p.m. The Court hereby grants the Motion and Orders that Defendant may appear telephonically at the Initial Case Management Conference scheduled for December 2, 2011 at 1:30 p.m. Defendant shall contact the Court's Deputy to arrange for telephonic appearance.

SO ORDERED this 29 day of November, 2011.

BY THE COURT

_____
JEFFREY S. WHITE
UNITED STATE DISTRICT JUDGE

14079970.1 - 1 -

ORDER GRANTING DEFENDANT LOUISVILLE LADDER INC.'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE