UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WULFF, M.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>CUPRUM ALUMINIO S.A. de C.V., et al.,<br><br>    Defendants. | Case No.: C-11-03758-YGR<br><br>**ORDER REGARDING APRIL 16, 2012 CASE MANAGEMENT CONFERENCE** |

On April 11, 2012, Plaintiff's counsel, Thomas Beatty, submitted a declaration regarding the April 16, 2012 Case Management Conference. (Dkt. No. 38.) Having ordered that lead trial counsel appear at the conference (Dkt. No. 37), Mr. Beatty requests that another attorney appear because he will be in trial and cannot appear. Alternatively, the parties are amenable to continuing the Case Management until late May or early June, when Mr. Beatty's trial will be completed.

In light of the fact that the parties have reviewed the profiles of Magistrate Judges and are meeting and conferring to determine whether they can agree to consent to a particular Magistrate Judge(s) and due to Mr. Beatty's trial schedule, the Court hereby **VACATES** the April 16, 2012 Case Management Conference. However, the Court wishes to re-set the Case Management Conference before late May or early June. Mr. Beatty is hereby **ORDERED** to submit a notice to the Court with the case name, number, and court in which his trial is proceeding and identify dark days in that court's trial schedule (if any). This Notice shall be filed no later than April 18, 2012.

The certification previously ordered in Dkt. No. 37 regarding Magistrate Judges shall be filed by April 18, 2012, including an indication whether the parties submit to the jurisdiction of a particular Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**