UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WULFF, M.D.,

Plaintiff,

vs.

CUPRUM ALUMINIO S.A. de C.V., et al.,

Defendants.

Case No.: C-11-03758-YGR

**ORDER RESETTING CASE MANAGEMENT CONFERENCE**

The Court has reviewed Thomas Beatty's declaration regarding his trial schedule. (Dkt. No. 40.) The Case Management Conference previously set for April 16, 2012 shall be re-set to June 4, 2012 at 2:00 p.m. at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.

The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: April 20, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California