**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WULFF<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CUPRUM ALUMINIO<br><br>　　　　Defendant(s).<br>_____/ | No. C-11-03758 YGR (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 14, 2013, at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until July 11, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due July 1, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge