1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WULFF, M.D.,

Plaintiff,

vs.

CUPRUM ALUMINIO S.A. de C.V., LOUISVILLE LADDER INC., and DOES 2-50, inclusive,

Defendants.

CASE NO. CV 11-03758 LB

Magistrate Judge Laurel Beeler

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Complaint Filed:        July 29, 2011

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice.  Having considered this stipulation, the law, and being otherwise fully advised in the premises, the Court hereby approves the stipulation and dismisses this lawsuit, and all claims asserted herein, with prejudice.  The Parties shall bear their own costs and attorney's fees incurred in connection with this action.

IT IS SO ORDERED.

DATE: August 20              , 2013

_____
Honorable Laurel Beeler

- 1 -                                    CASE NO. CV 11-03758  LB